IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WHITE ROCK PLANTING COMPANY, INC.,
a Mississippi Corporation,

    Plaintiff,

v.

ARMTECH INSURANCE SERVICES, INC.,
a Texas Corporation

PLAINTIFF

CIVIL ACTION NO. 1:16-cv210-GHD-DAS

DEFENDANT

## AGREED ORDER STAYING CASE PENDING ARBITRATION

Presently before the Court is Defendant ARMtech Insurance Services, Inc.'s motion to compel arbitration [9]. The parties have stipulated that this case should be stayed pending completion of the arbitration of those issues properly arbitrable pursuant to Section 20 of the Common Crop Insurance Policy ("Basic Provisions") (7 C.F.R. § 457.8). The parties have further agreed that depositions and other forms of discovery in the arbitration proceeding will be conducted consistent with the agreement of the parties or the direction of the appointed arbitrator.

Based on the agreement and stipulation of the parties, the Court finds that the Defendant's motion is well taken [9] and ORDERS as follows: This case is STAYED pending completion of the arbitration of those issues properly arbitrable pursuant to Section 20 of the Basic Provisions. The parties shall report back to this Court concerning the completion of the arbitration and its result within thirty (30) days of its conclusion.

SO ORDERED, this, the 15th day of May, 2017.

                                                                                SENIOR UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Wendell L. Hoskins II
WENDELL L. HOSKINS II
Miss. Bar No. 9372
Attorney for Plaintiff


/s/ Michael D. Stevens
MICHAEL D. STEVENS
Miss. Bar No. 9662
Attorney for Defendant