UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WHITE ROCK PLANTING COMPANY, INC.                                              PLAINTIFF

V.                                                                                                 Civil Action No. 1:16-cv-00210-GHD-DAS

ARMTECH INSURANCE SERVICES, INC.                                            DEFENDANT

## ORDER ADMINISTRATIVELY CLOSING CASE

This Court entered an order granting the Defendant's Motion to Compel Arbitration in May 2017 [20]. In that Order, the Court directed the parties to arbitrate their claims pursuant to the terms of the relevant contract. The Court now administratively closes this case pending the resolution of the arbitration proceeding. The parties shall inform the Court within fifteen days of the conclusion of the arbitration proceeding; at that time, this case shall either be reopened for further litigation or permanently closed on the docket.

Accordingly, the Court orders that this case be ADMINSTRATIVELY CLOSED as of today's date.

THIS, the 11 day of February, 2020.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE