UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| WHITE ROCK PLANTING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARMTECH INSURANCE SERVICES, INC., <br><br> Defendant. | Case No.: 1:16-CV-00210-GHD-DAS |

## **ORDER OF DISMISSAL WITH PREJUDICE**

THE COURT having been advised that all things and matters in controversy between the parties hereto have been fully and finally compromised and settled, it is, therefore, ORDERED that this action be, and the same is hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED on this the 2nd day of May, 2022.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED TO AND APPROVED:

s/ Wendell L. Hoskins II
Wendell L. Hoskins II, MBN 9372
Attorney for the Plaintiff

s/ Elizabeth T. Bufkin
Elizabeth T. Bufkin, MBN 8204
Attorney for the Defendant